UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID DOMENGHINI,

    Plaintiff,

-vs-                      Case No. 13-C-1059

LAW ENFORCEMENT SYSTEMS, Inc.,

    Defendant.

## DECISION AND ORDER

    David Domenghini alleges that Law Enforcement Systems, Inc.'s attempts to collect on a traffic ticket associated with his rental vehicle violate the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p. Municipal fines are not "debts" within the meaning of the Act. *Gulley v. Markoff & Krasny*, 664 F.3d 1073 (7th Cir. 2011). Therefore, Domenghini cannot state a claim upon which relief may be granted. The defendant's motion to dismiss [ECF No. 5] is **GRANTED**. The Clerk of Court is directed to enter judgment accordingly.

    Dated at Milwaukee, Wisconsin, this 30th day of October, 2013.

                                  **BY THE COURT:**

                                  _____
                                  **HON. RUDOLPH T. RANDA**
                                  **U.S. District Judge**